**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PLANNED PARENTHOOD OF WISCONSIN, INC., PLANNED PARENTHOOD OF GREATER OHIO, PLANNED PARENTHOOD ASSOCIATION OF UTAH, and NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, | |
| Plaintiffs, | No. 18 Civ. 1035-TNM (con) |
| v. | |
| ALEX M. AZAR II, in his official capacity as United States Secretary of Health and Human Services, and VALERIE HUBER, in her official capacity as Acting Deputy Assistant Secretary for the Office of Population Affairs, | |
| Defendants. | |

**STIPULATION AND JOINT MOTION REGARDING SCHEDULING**

The parties jointly move the Court to set an agreed-upon briefing schedule for Plaintiffs'

Motion for a Preliminary Injunction and forthcoming cross-motion by the government, with

deadlines as described below.  In support of this request, the parties hereby stipulate and agree as

follows:

1.      Plaintiffs filed their lawsuits on May 2, 2018, challenging the FY2018 funding

opportunity announcement ("FOA") for Title X grants issued by the Department of Health and

Human Services ("HHS") pursuant to the Administrative Procedure Act, 5 U.S.C. § 706.

2.      Plaintiffs filed a Motion to Consolidate on consent on May 4, 2018, which the

Court granted on May 7, 2018.

3.      The parties met and conferred consistent with the Local Rules on May 4, May 7 and May 8, 2018.

4.      Plaintiffs filed their Motion for a Preliminary Injunction on May 8, 2018.

5.      Defendants plan to file a responsive brief as well as a dispositive cross-motion.

6.      The parties understand, based on Defendants' representations, that if Plaintiffs' Motion for a Preliminary Injunction were granted by mid-July 2018, and if the Court were to so order, sufficient time would remain for HHS to provide continuation funding so that Plaintiffs' Title X funding does not lapse.  Similarly, should Defendants' cross-motion be granted by mid-July, HHS would be able to conclude its grant-making under the current FOA on schedule.

7.      Accordingly, the parties propose the following schedule:

| Event | Proposed Date |
|---|---|
| Defendants' Opposition to the Preliminary Injunction Motion and Defendants' Dispositive Motion | May 24, 2018 |
| Defendants serve the Administrative Record on Plaintiffs | May 24, 2018 |
| Plaintiffs' Reply in Further Support of the Preliminary Injunction Motion and Opposition to Defendants' Dispositive Motion | June 8, 2018 |
| Defendants' Reply in Further Support of the Dispositive Motion | June 18, 2018 |

8.      If the Court wishes to hold oral argument in June, the parties are available on the following dates: June 21, 2018; June 22, 2018; and any day during the week of June 25, 2018.

9.      A Proposed Order accompanies this Joint Motion.

WHEREFORE, the parties respectfully request that the Court grant the relief requested herein.

Dated: May 9, 2018

HELENE T. KRASNOFF  (DC BAR NO. 460177)
CARRIE Y. FLAXMAN (DC BAR NO. 458681)
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Avenue NW, Suite 300
Washington, DC  20005
(202) 973-4800

Respectfully submitted,

By  /s/ Kimberly A. Parker
KIMBERLY A. PARKER (DC BAR NO. 462495)
PAUL R.Q. WOLFSON (DC BAR NO. 414759)
ARI J. SAVITZKY (*pro hac vice*)
LEON T. KENWORTHY (*pro hac vice*)
SARA SCHAUMBURG (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
paul.wolfson@wilmerhale.com

ALAN SCHOENFELD (*pro hac vice*)
EMILY NIX (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

*Attorneys for Plaintiffs Planned Parenthood
of Wisconsin, Inc., Planned Parenthood of
Greater Ohio, and Planned Parenthood
Association of Utah*

RUTH E. HARLOW
JENNIFER DALVEN
ELIZABETH WATSON
LINDSEY KALEY
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633

ARTHUR B. SPITZER (DC BAR NO. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiff National Family
Planning & Reproductive Health Association*

Dated:  May 9, 2018                              Respectfully submitted,

                                                 CHAD A. READLER
                                                 Acting Assistant Attorney General

                                                 JESSIE K. LIU
                                                 United States Attorney

                                                 RUTH A. HARVEY
                                                 Director

                                                 MICHAEL J. QUINN
                                                 Senior Litigation Counsel

                                                 JOEL McELVAIN
                                                 Assistant Branch Director


                                                 /s/ *Alicia M. Hunt*
                                                 ALICIA M. HUNT (DC Bar No. 484620)
                                                 JONATHAN E. JACOBSON
                                                 Trial Attorneys
                                                 United States Department of Justice
                                                 Civil Division
                                                 Commercial Litigation Branch
                                                 1100 L St. NW, 7th floor
                                                 Washington, D.C. 20005
                                                 Tel: (202) 307-3548
                                                 Fax: (202) 514-9163
                                                 E-mail: alicia.m.hunt@usdoj.gov

                                                 /s/ *Gary D. Feldon*
                                                 GARY D. FELDON
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave. NW, Room 7128
                                                 Washington, D.C. 20530
                                                 Tel: (202) 514-4686
                                                 Fax: (202) 616-8460
                                                 E-mail: gary.d.feldon@usdoj.gov

                                                 *Attorneys for Defendants*